Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WHOLESALER EQUITY DEVELOPMENT CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PETER BARGREEN and CROWN DISTRIBUTING COMPANY OF EVERETT, INC., a Washington corporation,<br><br>　　　　　Defendants. | No. 2:20-cv-01095 RSM<br><br>**JOINT MOTION AND ORDER TO MODIFY SCHEDULING ORDER AND PROPOSED SCHEDULE**<br><br>**NOTE ON MOTION CALENDAR:**<br>**January 7, 2022** |

On March 26, 2021, the Court granted the parties' Stipulated Motion to Stay Proceedings and stayed this matter while the liquidating trustee pursued the sale of Crown Distributing LLC ("Crown LLC"). ECF No. 37. The Court ordered the parties to file periodic joint status reports every three months after the Order was entered, or at the time the business is sold, whichever occurred first. *Id.* The parties submitted status reports on June 24 and September 24, 2021, requesting that the stay remain in place while the liquidating trustee finalized the sale. ECF Nos. 38 and 39. The sale of Crown LLC's assets was completed on December 10, 2021. An attempt to fully resolve this matter in the weeks after the sale was unsuccessful, and so the parties propose

JOINT MOTION AND ORDER TO MODIFY SCHEDULING ORDER - 1
(2:20-cv-01095 RSM)

the following schedule and respectfully move to modify the Order Setting Trial Date and Related Dates, ECF No. 27:

| | |
|---|---|
| **JURY TRIAL DATE** | **MARCH 20, 2023** |
| Length of Trial | 6-8 days |
| Disclosure of expert testimony under FRCP 26(a)(2) | September 16, 2022 |
| Deadline for filing motions related to discovery.  Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | October 17, 2022 |
| Discovery completed by | November 18, 2022 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | December 16, 2022 |
| Mediation per LCR 39.1(c)(3), **if requested by the parties**, held no later than | January 30, 2023 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | February 17, 2023 |
| Agreed pretrial order due | March 6, 2023 |
| Pretrial conference to be scheduled by the Court | |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | March 13, 2023 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

DATED:  January 7, 2022         *s/Maren R. Norton*
                                Attorney for Plaintiff

DATED:  January 7, 2022         *s/Paul R. Taylor, WSBA #14851* (per authorization)
                                Attorney for Defendants

JOINT MOTION AND ORDER TO MODIFY SCHEDULING ORDER - 2
(2:20-cv-01095 RSM)

1     PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

2

3     DATED this 12th day of January, 2022.

4

5

6

7     _____
      RICARDO S. MARTINEZ
8     CHIEF UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

JOINT MOTION AND ORDER TO MODIFY SCHEDULING ORDER - 3
(2:20-cv-01095 RSM)

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED: January 07, 2022            *s/Malaika R. Thompson*
                                   Malaika R. Thompson, Litigation Practice Assistant

JOINT MOTION AND ORDER TO MODIFY SCHEDULING ORDER - 4
(2:20-cv-01095 RSM)

113747601.2 0079444-00047

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900