The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WHOLESALER EQUITY DEVELOPMENT CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>PETER BARGREEN and CROWN DISTRIBUTING COMPANY of EVERETT, INC., a Washington corporation,<br><br>    Defendants. | No. 2:20-CV-01095-RSM<br><br>**STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO THIRD PARTY CLAIMS**<br><br>**NOTE ON MOTION CALENDAR:**<br>**April 18, 2022** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, third-party defendant Anheuser-Busch Companies, LLC ("Anheuser-Busch"), with the stipulation of Plaintiff Wholesaler Equity Development Corp. and Defendants Peter Bargreen and Crown Distributing Company of Everett, Inc. (collectively, "Defendants"), moves the Court to extend the deadline for Anheuser-Busch to respond to third-party claims made by Defendants from April 19, 2022, to April 26, 2022. The parties agree that it is in the interest of judicial efficiency to stipulate as such.

STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO THIRD PARTY CLAIMS
(Case No. 2:20-cv-01095-RSM) - 1

115224591.1 0079444-00047

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

Dated this 18th day of April, 2022.

                                  STOEL RIVES LLP

/s/ *Maren S. Norton*
Maren S. Norton, WSBA No. 35435
600 University Street, Suite 3600
Seattle, WA  98101-4109
Telephone: 206.624.0900
Facsimile: 206.386.7500
maren.norton@stoel.com

Brian D. Wallach (*pro hac vice*)
Gregory W. Langsdale (*pro hac vice*)
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, NW
Washington, DC 2001
Telephone: 202.862.2200
Facsimile: 202.862.2400
brian.wallach@cwt.com
greg.langsdale@cwt.com

*Counsel for Plaintiff Wholesaler Equity Development Corp and Third-Party Defendant Anheuser-Busch, LLC*

BYRNES KELLER CROMWELL
/s/ *Paul R. Taylor* (per authorization)
Paul R. Taylor, WSBA No. 14851
1000 Second Avenue, 38th Floor
Seattle, WA 98104
206-622-2000
Fax: 206-622-2522
ptaylor@byrneskeller.com

*Counsel for Defendants Peter Bargreen and Crown Distributing Company of Everett, Inc.*

STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO THIRD PARTY CLAIMS
(Case No. 2:20-cv-01095-RSM) - 2

115224591.1 0079444-00047

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED this 19th day of April, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

STOEL RIVES LLP

/s/ *Maren S. Norton*
Maren S. Norton, WSBA No. 35435
600 University Street, Suite 3600
Seattle, WA  98101-4109
Telephone: 206.624.0900
Facsimile: 206.386.7500

*Counsel for Plaintiff Wholesaler Equity Development Corp and Third-Party Defendant Anheuser-Busch, LLC*

STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO THIRD PARTY CLAIMS
(Case No. 2:20-cv-01095-RSM) - 3

115224591.1 0079444-00047

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*