The Honorable Ricardo S. Martinez

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

8
9

10

WHOLESALER EQUITY DEVELOPMENT
CORPORATION, a Delaware corporation,

11

Plaintiff,

12

v.

13

PETER BARGREEN and CROWN
DISTRIBUTING COMPANY of EVERETT,
INC., a Washington corporation,

14

15

Defendants.

16

NO. 2:20-CV-01095-RSM

ORDER GRANTING MOTION TO SEAL
1) DECLARATION OF PETER
BARGREEN AND 2) DEFENDANTS'
REPLY IN SUPPORT OF MOTION TO
AMEND ANSWER

17

The Court, having considered the briefs and arguments of the parties, hereby orders that

18

the unredacted version of the Declaration of Peter Bargreen and information in the related brief

19

drawn from that declaration shall be redacted in the publicly filed brief.

20

IT IS SO ORDERED.

21

DATED this 28th day of April, 2022.

22
23
24

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

25
26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney certifies that on the 18th day of April, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

/s/ Paul R. Taylor
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA  98104
Telephone:  (206) 622-2000
Facsimile:  (206) 622-2522
ptaylor@byrneskeller.com

ORDER GRANTING MOTION TO SEAL 1) DECLARATION OF PETER BARGREEN AND 2) DEFENDANTS' REPLY IN SUPPORT OF MOTION TO AMEND ANSWER (NO. 2:20-CV-01095-RSM) - 2