The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WHOLESALER EQUITY DEVELOPMENT CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PETER BARGREEN and CROWN DISTRIBUTING COMPANY of EVERETT, INC., a Washington corporation,<br><br>Defendants. | No. 2:20-CV-01095-RSM<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR WHOLESALER EQUITY DEVELOPMENT CORPORATION TO FILE MOTION TO DISMISS COUNTERCLAIMS**<br><br>**NOTE ON MOTION CALENDAR:**<br>**June 30, 2022** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff Wholesaler Equity Development Corp. ("Wedco"), third-party defendant Anheuser-Busch Companies, LLC ("Anheuser-Busch"), and Defendants Peter Bargreen and Crown Distributing Company of Everett, Inc. (collectively, "Defendants") hereby stipulate and move the Court to extend the deadline for Wedco to file a Motion to Dismiss Defendants' counterclaims from June 30, 2022, to July 8, 2022. The parties agree that it is in the interest of judicial efficiency to stipulate as such because it will allow Wedco and Anheuser-Busch Companies, LLC to file a combined Motion to Dismiss Defendants' counterclaims and third-party claims.

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR WEDCO TO FILE MOTION TO DISMISS COUNTERCLAIMS
(Case No. 2:20-cv-01095-RSM) - 1

115993465.1 0079444-00047

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

| | |
|---|---|
| 1 | |
| 2 | DATED:  June 30, 2022 |
| 3 | STOEL RIVES LLP |
| 4 | /s/ *Maren S. Norton* |
|   | Maren S. Norton, WSBA No. 35435 |
| 5 | 600 University Street, Suite 3600 |
|   | Seattle, WA  98101-4109 |
| 6 | Telephone: 206.624.0900 |
|   | Facsimile: 206.386.7500 |
| 7 | maren.norton@stoel.com |
| 8 | |
|   | Brian D. Wallach (*pro hac vice*) |
| 9 | Gregory W. Langsdale (*pro hac vice*) |
|   | CADWALADER, WICKERSHAM & TAFT LLP |
| 10 | 700 Sixth Street, NW |
|   | Washington, DC 2001 |
| 11 | Telephone: 202.862.2200 |
|   | Facsimile: 202.862.2400 |
| 12 | brian.wallach@cwt.com |
|   | greg.langsdale@cwt.com |
| 13 | |
| 14 | *Counsel for Plaintiff Wholesaler Equity Development Corp and Third-Party Defendant Anheuser-Busch Companies, LLC* |
| 15 | |
| 16 | BYRNES KELLER CROMWELL |
| 17 | /s/ *Paul R. Taylor* (per authorization) |
|   | Paul R. Taylor, WSBA No. 14851 |
| 18 | 1000 Second Avenue, 38th Floor |
|   | Seattle, WA 98104 |
| 19 | 206-622-2000 |
|   | Fax: 206-622-2522 |
| 20 | ptaylor@byrneskeller.com |
| 21 | |
|   | *Counsel for Defendants Peter Bargreen and Crown Distributing Company of Everett, Inc.* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR WEDCO TO FILE MOTION TO DISMISS COUNTERCLAIMS
(Case No. 2:20-cv-01095-RSM) - 2

115993465.1 0079444-00047

1  PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

2  DATED this 30th day of June, 2022.

3

4

5

6  RICARDO S. MARTINEZ
   CHIEF UNITED STATES DISTRICT JUDGE

7

8

9

10  Presented by:

11  STOEL RIVES LLP

12

13  /s/ *Maren S. Norton*
    Maren S. Norton, WSBA No. 35435
14  600 University Street, Suite 3600
    Seattle, WA  98101-4109
15  Telephone: 206.624.0900
    Facsimile: 206.386.7500
16

17

    *Counsel for Plaintiff Wholesaler Equity*
18  *Development Corp and Third-Party Defendant Anheuser-Busch, LLC*

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR WEDCO TO FILE MOTION TO DISMISS COUNTERCLAIMS
(Case No. 2:20-cv-01095-RSM) - 3

115993465.1 0079444-00047

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*