UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WHOLESALER EQUITY DEVELOPMENT CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PETER BARGREEN and CROWN DISTRIBUTING COMPANY OF EVERETT, INC., a Washington corporation,<br><br>Defendants. | Case No. C20-1095RSM<br><br>ORDER GRANTING STIPULATED MOTION RENOTING MOTION TO DISMISS |

This matter comes before the Court on the Parties' Stipulated Motion Renoting Plaintiff's and Third-Party Defendant's Motion to Dismiss Second Amended Counterclaims and Third-party Claims, Dkt. #118.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that the above Motion is GRANTED. The parties' previous stipulation, Dkt. #117, is STRICKEN as MOOT. The noting date for the Motion to Dismiss at Dkt. #115 is now **August 26, 2022**.

DATED this 8th day of August, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION RENOTING MOTION TO DISMISS - 1